# ELECTRONIC RECORD

COA #  02-14-00117-CR          OFFENSE:  1

STYLE:  Christopher Yarborough v. The
State of Texas          COUNTY:  Tarrant

COA DISPOSITION:  AFFIRMED          TRIAL COURT:  Criminal District Court No. 2

DATE: 04/16/15          Publish: NO   TC CASE #:  1313733D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Christopher Yarborough v. The State
of Texas          CCA #:  539-15

___APPELLANT'S___ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
___REFUSED___          JUDGE: _____
DATE: ___06/17/2015___          SIGNED: _____          PC: _____
JUDGE: _____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD